IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00761-ZLW

DAVID ALAN GUENTHER,

Applicant,

v.

WARDEN JAMES E. ABBOTT, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2005

GREGORY C. LANGHAM
CLERK

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Applicant submitted a Request for this Court to Issue a Certificate of Appealability being treated as a Notice of Appeal on July 20, 2005. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X    is not submitted

**(B)** **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action:**
    X    is not submitted
    __   is missing affidavit
    __   is missing required financial information
    __   is missing an original signature by the prisoner
    __   is not on proper form (must use the court's current form)
    __   other_____

1

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 26 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court